<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7272**

———————————

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

ANDRE GERARD LEWIS,

                                   Defendant - Appellant.


———————————

**No. 00-7491**

———————————

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

ANDRE GERARD LEWIS,

                                   Defendant - Appellant.


———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, District Judge.  (CR-99-314)

———————————

Submitted:  November 9, 2000          Decided:  November 15, 2000

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andre Gerard Lewis, Appellant Pro Se. John Staige Davis, V, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Gerard Lewis appeals the district court's orders denying his motion to withdraw his guilty plea and denying his motion for arraignment transcripts. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Lewis, No. CR-99-314 (E.D. Va. Aug. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED